# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 3, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:  Darnell Delk
          v. Texas
          No. 14-9172
          (Your No. WR-21,415-11)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 25, 2015 and placed on the docket April 3, 2015 as No. 14-9172.

Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk